William E. Bonham, SB# 55478
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for Defendant: Scott Peterson

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 10-CR-299-08 WBS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | ) | |
| SCOTT PETERSON, | ) | |
| Defendant. | ) | |

The defendant, Scott Peterson, through his undersigned counsel and the United States, through its undersigned counsel, hereby agree and request that judgment and sentencing, currently set for Monday, July 15, 2013 at 9:30 am, be vacated and continued until Monday, November 18, 2013 at 9:30 am. Counsel has informed USPO Lutke of the continuance.

Defense counsel has recently learned that he will be out of the state on and around July 15, 2013. After conferring with AUSA McConkie it was decided to

continue judgment and sentencing to November 18, 2013 after the jury trial for the remaining defendants in the above referenced case, which is currently scheduled for August 22, 2013, has concluded.

The parties have also agreed that the pre-sentence report schedule be modified as follows:

| | |
|---|---|
| Judgment and Sentencing date: | November 18, 2013 |
| Reply or statement of non-opposition: | November 11, 2013 |
| Motion for correction: | November 4, 2013 |
| Final PSR: | October 28, 2013 |
| Counsel's written objections to the PSR: | October 21, 2013 |

I, William E. Bonham, the filing party, have received authorization from AUSA Dan McConkie to sign and submit this stipulation and proposed order on his behalf.

// // //

// // //

// // //

// // //

// // //

// // //

Accordingly, the defense and the United States stipulate that judgment and sentencing for defendant, Scott Peterson should be continued until Monday, November 18, 2013 at 9:30 am.

Dated: June 18, 2013

BENJAMIN B. WAGNER
United States Attorney

By:/s/ WILLIAM BONHAM for
DAN McCONKIE
Assistant U.S. Attorney

Dated: June 18, 2013

By:/s/ WILLIAM BONHAM for
WILLIAM BONHAM
Counsel for defendant
Scott Peterson

## **ORDER**

IT IS ORDERED THAT judgment and sentencing, currently set for Monday, July 15, 2013 at 9:30 am, is vacated and continued to Monday, November 18, 2013 at 9:30 am.

Dated: June 20, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE