William E. Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 557-1113

Attorney for defendant
SCOTT PETERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 10-CR-0299 WBS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE J&S** |
| SCOTT PETERSON, | |
| Defendant. | |

The defendant, Scott Peterson, through his undersigned counsel and the United States, through its undersigned counsel, hereby agree and request that judgment and sentencing, currently set for Monday, November 18, 2013 at 9:30 am, be vacated and continued until Monday, January 27, 2014 at 9:30 am. USPO Lutke is currently out of the office on maternity leave but counsel has informed USPO Oestreicher.

A continuance is necessary to provide counsel time for additional discussions with his client regarding the pre-sentence report and preparation of objections.

// // //

// // //

1

The parties also agreed and request that the pre-sentence report schedule be modified as follows:

| | |
|---|---|
| Judgment and Sentencing date: | January 27, 2014 |
| Reply or statement of non-opposition: | January 20, 2014 |
| Motion for correction: | January 13, 2014 |
| Final PSR: | January 6, 2014 |
| Counsel's written objections to the PSR: | December 30, 2013 |

I, William E. Bonham, the filing party, have received authorization from AUSA Justin Lee to sign and submit this stipulation and proposed order on his behalf.

Accordingly, the defense and the United States stipulate that judgment and sentencing for defendant, Scott Peterson should be continued until Monday, January 27, 2013 at 9:30 am.

Dated: October 29, 2013
BENJAMIN B. WAGNER
United States Attorney

By:/s/ WILLIAM BONHAM for
JUSTIN LEE
Assistant U.S. Attorney

Dated: October 29, 2013
By:/s/ WILLIAM  BONHAM for
WILLIAM BONHAM
Counsel for defendant
Scott Peterson

**ORDER**

IT IS SO ORDERED.  Judgment and sentencing currently set for November 18, 2013 is vacated and continued to January 27, 2014. It is further ordered that the pre-sentenced report schedule is modified as follows:

| | |
|---|---|
| Judgment and Sentencing date: | January 27, 2014 |
| Reply or statement of non-opposition: | January 20, 2014 |
| Motion for correction: | January 13, 2014 |
| Final PSR: | January 6, 2014 |
| Counsel's written objections to the PSR: | December 30, 2013 |

Dated:  October 30, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE