William E. Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 557-1113

Attorney for defendant
SCOTT PETERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SCOTT PETERSON,<br><br>          Defendant. | No.  10-CR-0299 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE J&S** |

The defendant, Scott Peterson, through his undersigned counsel and the United States, through its undersigned counsel, hereby stipulate and request that judgment and sentencing, currently set for Monday, January 27, 2014 at 9:30 am, be vacated and continued until Monday, March 10, 2014 at 9:30 am.  USPO Lutke has been informed and has no objection.

A continuance is necessary to provide counsel time for additional discussions with his client and AUSA Lee regarding the plea agreement and sentencing issues.

The parties also stipulate and request that the pre-sentence report schedule be modified as follows:

Judgment and Sentencing date:            March 10, 2014

1

```
Reply or statement of non-opposition:    March 3, 2014
Motion for correction:                   February 24, 2014
Final PSR:                               February 18, 2014
Counsel's written objections
to the PSR:                              February 10, 2014
```

I, William E. Bonham, the filing party, have received authorization from AUSA Justin Lee to sign and submit this stipulation and proposed order on his behalf.

Accordingly, the defense and the United States stipulate and request that judgment and sentencing for defendant, Scott Peterson should be continued until Monday, March 10, 2014 at 9:30 am.

Dated: January 3, 2014         BENJAMIN B. WAGNER
                               United States Attorney

                               By:/s/ WILLIAM BONHAM for
                               JUSTIN LEE
                               Assistant U.S. Attorney


Dated: January 3, 2014         By:/s/ WILLIAM  BONHAM for
                               WILLIAM BONHAM
                               Counsel for defendant
                               Scott Peterson

**ORDER**

IT IS SO ORDERED. Judgment and sentencing currently set for Monday, January 27, 2014 is vacated and continued to Monday, March 10, 2014. It is further ordered that the pre-sentence report schedule is modified as follows:

| | |
|---|---|
| Judgment and Sentencing date: | March 10, 2014 |
| Reply or statement of non-opposition: | March 3, 2014 |
| Motion for correction: | February 24, 2014 |
| Final PSR: | February 18, 2014 |
| Counsel's written objections to the PSR: | February 10, 2014 |

Dated:  January 6, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE