```
BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:10-CR-00299-08 WBS |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER<br>) CONTINUING JUDGMENT AND<br>) SENTENCING DATE |
| SCOTT PETERSON, | ) |
| | ) Judge: Hon. William B. Shubb |
| Defendant. | ) |

### STIPULATION

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Judgment and Sentencing Hearing on March 10, 2014.
2. By this Stipulation, the parties now move to continue the Judgment and Sentencing Hearing until May 12, 2014, at 9:30 a.m.
3. The assigned Probation Officer does not object to this continuance.

///

Stipulation to Continue                 1                 United States v. Peterson

4. The draft PSR has already been provided to the parties. Accordingly, the parties ask the Court to adopt the following schedule:

| | |
|---|---|
| Draft PSR provided to the parties | Completed |
| Objections to the PSR | April 14, 2014 |
| Final PSR provided to the parties | April 21, 2014 |
| Motion to Correct PSR | April 28, 2014 |
| Reply/Statement of Non-Opposition | May 5, 2014 |
| Judgment and Sentencing | May 12, 2014 @ 9:30 a.m. |

**IT IS SO STIPULATED.**

DATED: February 6, 2014      /s/ Justin L. Lee
                             JUSTIN L. LEE
                             Assistant U.S. Attorney

DATED: February 6, 2014      /s/ William Bonham
                             WILLIAM BONHAM
                             Attorney for SCOTT PETERSON

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  February 7, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE