```
William E. Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 557-1113

Attorney for defendant
SCOTT PETERSON
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>SCOTT PETERSON,<br><br>           Defendant. | No.  10-CR-0299-08 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE J&S** |

The defendant, Scott Peterson, through his undersigned counsel and the United States, through its undersigned counsel, hereby stipulate and request that judgment and sentencing, currently set for Monday, May 12, 2014 at 9:30 am, be vacated and continued until Monday, June 2, 2014 at 9:30 am.  USPO Miranda Lutke has been informed and has no objection.

A continuance is necessary to provide counsel additional time for investigation and discussions with his client and AUSA Lee regarding the plea agreement and sentencing issues.

The parties also stipulate and request that the pre-sentence report schedule be modified as follows:

Judgment and Sentencing date:               June 2, 2014

1

```
Reply or statement of non-opposition:    May 27, 2014
Motion for correction:                   May 19, 2014
Final PSR:                               May 12, 2014
Counsel's written objections
to the PSR:                              May 5, 2014
```

I, William E. Bonham, the filing party, have received authorization from AUSA Justin Lee to sign and submit this stipulation and proposed order on his behalf.

Accordingly, the defense and the United States stipulate and request that judgment and sentencing for defendant, Scott Peterson should be continued until Monday, June 2, 2014 at 9:30 am.

Dated: April 21, 2014          BENJAMIN B. WAGNER
                               United States Attorney

                               By:/s/ WILLIAM BONHAM for
                               JUSTIN LEE
                               Assistant U.S. Attorney

Dated: April 21, 2014          By:/s/ WILLIAM  BONHAM for
                               WILLIAM BONHAM
                               Counsel for defendant
                               SCOTT PETERSON

**ORDER**

IT IS SO ORDERED. Judgment and sentencing currently set for Monday, May 12, 2014 is vacated and continued to Monday, June 2, 2014, at 9:30 am. It is further ordered that the pre-sentence report schedule is modified as follows:

| | |
|---|---|
| Judgment and Sentencing date: | June 2, 2014 @ 9:30 AM |
| Reply or statement of non-opposition: | May 27, 2014 |
| Motion for correction: | May 19, 2014 |
| Final PSR: | May 12, 2014 |
| Counsel's written objections to the PSR: | May 5, 2014 |

Dated: April 21, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3