```
William E. Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 557-1113

Attorney for defendant
SCOTT PETERSON
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>SCOTT PETERSON,<br><br>        Defendant. | No.  10-CR-0299-08 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE J&S** |

    The defendant, Scott Peterson, through his undersigned counsel and the United States, through its undersigned counsel, hereby stipulate and request that judgment and sentencing, currently set for Monday, June 2, 2014 at 9:30 am, be vacated and continued until Monday, July 21, 2014 at 9:30 am.  USPO Miranda Lutke has been informed and has no objection.

    A continuance is necessary to provide counsel additional time for investigation of prior criminal history and obtaining court records for written objections to the draft PSR and discussions with his client and AUSA Lee regarding the plea agreement and sentencing issues.

    The parties also stipulate and request that the pre-sentence

1

report schedule be modified as follows:

| | |
|---|---|
| Judgment and Sentencing date: | July 21, 2014 |
| Reply or statement of non-opposition: | July 14, 2014 |
| Motion for correction: | July 7, 2014 |
| Final PSR: | June 30, 2014 |
| Counsel's written objections to the PSR: | June 23, 2014 |

I, William E. Bonham, the filing party, have received authorization from AUSA Justin Lee to sign and submit this stipulation and proposed order on his behalf.

Accordingly, the defense and the United States stipulate and request that judgment and sentencing for defendant, Scott Peterson be continued until Monday, July 21, 2014 at 9:30 am.

Dated: May 9, 2014
BENJAMIN B. WAGNER
United States Attorney

By:/s/ WILLIAM BONHAM for
JUSTIN LEE
Assistant U.S. Attorney

Dated: May 9, 2014
By:/s/ WILLIAM  BONHAM for
WILLIAM BONHAM
Counsel for defendant
SCOTT PETERSON

2

**ORDER**

IT IS SO ORDERED.  Judgment and sentencing currently set for Monday, June 2, 2014 is vacated and continued to Monday, July 21, 2014, at 9:30 am. It is further ordered that the pre-sentence report schedule is modified as follows:

| | |
|---|---|
| Judgment and Sentencing date: | July 21, 2014 |
| Reply or statement of non-opposition: | July 14, 2014 |
| Motion for correction: | July 7, 2014 |
| Final PSR: | June 30, 2014 |
| Counsel's written objections to the PSR: | June 23, 2014 |

Dated:  May 9, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE