William E. Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone:(916) 557-1113

Attorney for defendant
SCOTT PETERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  10-CR-0299-08 WBS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE J&S** |
| SCOTT PETERSON, | |
| Defendant. | |

The defendant, Scott Peterson, through his undersigned counsel and the United States, through its undersigned counsel, hereby stipulate and request that judgment and sentencing, currently set for Monday, July 21, 2014 at 9:30 am, be vacated and continued until Monday, August 11, 2014 at 9:30 am.  USPO Miranda Lutke has been informed and has no objection.

Defense counsel was delayed in getting the informal objections to USPO Lutke and a continuance is necessary to provide USPO Lutke sufficient time to review the objections and attachments and complete the final presentence report, in that the objections and attachments are lengthy and complex.

As such the parties also stipulate and request that the

1

presentence report schedule be modified as follows:

    Judgment and Sentencing date:        August 11, 2014

    Reply or statement of non-opposition:  August 4, 2014

    Motion for correction:               July 28, 2014

    Final PSR:                            July 21, 2014

    I, William E. Bonham, the filing party, have received authorization from AUSA Justin Lee to sign and submit this stipulation and proposed order on his behalf.

    Accordingly, the defense and the United States stipulate and request that judgment and sentencing for defendant Scott Peterson should be continued until Monday, August 11, 2014 at 9:30 am.

Dated: June 26, 2014                    BENJAMIN B. WAGNER
                                        United States Attorney

                                          By:/s/ WILLIAM BONHAM for
                                          JUSTIN LEE
                                          Assistant U.S. Attorney

Dated: June 26, 2014                    By:/s/ WILLIAM  BONHAM for
                                          WILLIAM BONHAM
                                          Counsel for defendant
                                          SCOTT PETERSON

**ORDER**

IT IS SO ORDERED. Judgment and sentencing currently set for Monday, July 21, 2014 is vacated and continued to Monday, August 11, 2014, at 9:30 am. It is further ordered that the pre-sentence report schedule is modified as follows:

| | |
|---|---|
| Judgment and Sentencing date: | August 11, 2014 |
| Reply or statement of non-opposition: | August 4, 2014 |
| Motion for correction: | July 28, 2014 |
| Final PSR: | July 21, 2014 |

Dated: June 27, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE