William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
SCOTT PETERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.   10-CR-0299 WBS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO TEMPORARILY SUSPEND LOCATION MONITORING SUPERVISIOIN** |
| SCOTT PETERSON, | |
| Defendant. | |

The defendant, Scott Peterson, through his undersigned counsel and the United States, through its undersigned counsel, hereby agree and stipulate that location monitoring will be suspended beginning February 2, 2015, when Mr. Peterson is scheduled to undergo inpatient knee surgery, for a minimum of 2 days.  PTS Officer Ryan Garcia has verified the information related to the surgical procedure and will verify daily that Mr. Peterson is present at the hospital.  Upon discharge, location monitoring will be reinstated.

I, William E. Bonham, the filing party, have received authorization from AUSA Justin Lee to sign and submit this stipulation and proposed order on his behalf.

Accordingly, the defense and the United States agree and stipulate that location monitoring will be suspended beginning February 2, 2015, for a minimum of 2 days while Mr. Peterson undergoes inpatient knee surgery and recovers.

Dated: January 30, 2015          BENJAMIN B. WAGNER
                                 United States Attorney

                                 By:/s/ WILLIAM BONHAM for
                                 JUSTIN LEE
                                 Assistant U.S. Attorney


Dated: January 30, 2015          By:/s/ WILLIAM  BONHAM for
                                 WILLIAM BONHAM
                                 Counsel for defendant
                                 SCOTT PETERSON

**ORDER**

IT IS SO ORDERED. Mr. Peterson's location monitoring will be suspended beginning February 2, 2015, for a minimum of 2 days while he undergoes inpatient knee surgery and recovers, and will be reinstated upon his discharge.

Dated:   January 30, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE