William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
SCOTT PETERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT PETERSON,<br><br>　　　　Defendant. | No.  10-CR-0299-08 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND SELF SURRENDER DATE** |

　　　The defendant, Scott Peterson, by and through his undersigned counsel and the United States, by and through its undersigned counsel, hereby stipulate and agree that Mr. Peterson's self- surrender date, currently set for Tuesday, March 17, 2015 by 2:00 pm, should be extended to Monday, June 1, 2015 by 2:00 pm, to allow Mr. Peterson to safely recover from a recent knee replacement surgery and continue attending outpatient physical therapy as recommended by his physician.

　　　On January 20, 2015, Mr. Peterson was sentenced to 26 months imprisonment and 36 months supervised release; any applicable fine was waived but he was ordered to pay a $100.00 special assessment.  He was ordered to surrender by March 17, 2015 by

1  2:00 pm to begin his term of imprisonment.
2      On February 2, 2015, Mr. Peterson underwent inpatient knee
3  surgery. Following a short hospital stay, he was released and
4  instructed to attend outpatient physical therapy.  At a follow-up
5  appointment, Mr. Peterson's physician emphasized to him the need
6  for focused physical therapy for an anticipated duration of 6
7  more weeks and reviewed with him the need for care with respect
8  to infectious disease exposures in the first 3 months following a
9  total joint replacement.
10     I, William E. Bonham, the filing party, have received
11 authorization from AUSA Justin Lee to sign and submit this
12 stipulation and proposed order on his behalf.  PTS Officer Ryan
13 Garcia has been informed and has no objection to the proposed
14 extension.
15     Accordingly, the parties stipulate and request that Mr.
16 Peterson's self- surrender date be extended to Monday, June 1,
17 2015 by 2:00 pm.

Dated: March 4, 2015              BENJAMIN B. WAGNER
                                  United States Attorney

                                  By:/s/ WILLIAM BONHAM for
                                  JUSTIN LEE
                                  Assistant U.S. Attorney


Dated: March 4, 2015              By:/s/ WILLIAM  BONHAM for
                                  WILLIAM BONHAM

                                  Counsel for defendant
                                  SCOTT PETERSON

2

**ORDER**

IT IS SO ORDERED. Mr. Peterson's self-surrender date, currently set for Tuesday, March 17, 2015 by 2:00 pm, is extended to Monday, June 1, 2015 by 2:00 pm.

Dated:  March 5, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE