William E. Bonham, SBN: 55478
Attorney At Law
Hotel de France Bldg. Old Sacramento
916 2nd Street, 2nd Floor, Suite A
Sacramento, CA 95814
Telephone:(916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant
SCOTT PETERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SCOTT PETERSON,<br><br>          Defendant. | No.  2:10-CR-0299 WBS<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER AUTHORIZING PTS TO REMOVE ANKLE BRACLET** |

The defendant, Scott Peterson, through his undersigned counsel and the United States, through its undersigned counsel, hereby agree and stipulate that Pretrial Services may remove Mr. Peterson's ankle bracelet on May 29, 2015 in preparation for his self-surrender on Monday, June 1, 2015.

Pursuant to the conditions of his supervised release, Mr. Peterson has been subject to location monitoring.  However, Mr. Peterson is scheduled to self-surrender Monday, June 1, 2015 in Southern California.  In order to do so, he will travel from Northern California to Southern California on Sunday, May 31, 2015.  To facilitate this, the parties request Pretrial Services be authorized to remove Mr. Peterson's ankle bracelet on Friday,

May 29, 2015, outside the 24-hour period prior to his self-surrender.

    I, William E. Bonham, the filing party, have received authorization from AUSA Justin Lee to sign and submit this stipulation and proposed order on his behalf.

    Accordingly, the defense and the United States stipulate and request that Pretrial Services be authorized to remove Mr. Peterson's ankle bracelet on Friday, May 29, 2015, outside the 24-hour period prior to his self-surrender.

Dated: May 26, 2015        BENJAMIN B. WAGNER
                                United States Attorney

                                By:/s/ WILLIAM BONHAM for
                                JUSTIN LEE
                                Assistant U.S. Attorney

Dated: May 26, 2015        By:/s/ WILLIAM  BONHAM for
                                WILLIAM BONHAM
                                Counsel for defendant
                                SCOTT PETERSON

**ORDER**

IT IS SO ORDERED. Pretrial Services is authorized to remove Mr. Peterson's ankle bracelet on Friday, May 29, 2015, outside the 24-hour period prior to his self-surrender.

Dated: May 26, 2015

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
peterson0299.stipo.modify.cor